UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 00-6035-CIV-WJZ
Magistrate Judge Seltzer

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

    Plaintiff,
vs.

GEICO CASUALTY COMPANY,

    Defendant.
_____/

**NIGHT BOX FILED**

**JAN 1 1 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GEICO CASUALTY COMPANY'S
## NOTICE OF PENDENCY OF OTHER ACTION

Defendant, GEICO Casualty Company ("GEICO Casualty"), by and through undersigned counsel and pursuant to Rule 3.9(C) and Rule 3.9(D) of the Local Rules for the Southern District of Florida, hereby files its "Notice of Pendency of Other Action," as follows:

1. This case was originally filed in state court (Broward County Circuit Court, case number 99-20406). On January 7, 2000, GEICO Casualty removed the action to this Court.

2. This case is a class action lawsuit brought by plaintiff, Kimberly Jones Hubbard, against GEICO Casualty seeking recovery on behalf of a nationwide class of persons for the insurer's failure to use a particular kind of parts (herein "parts of like kind and quality") in the repair of their vehicles.

3. Another class action filed by the same plaintiff's counsel, styled <u>Aharonoff v. Colonial Penn Ins. Co., et al.</u>, Case Number 99-7425-CIV-MOORE, is currently pending before Judge Kevin Michael Moore. <u>Aharonoff</u> is also a national class action lawsuit against GEICO Casualty (as well as two other property damage liability insurers) seeking recovery on behalf of a nationwide class of persons for GEICO Casualty's alleged failure to use parts of like kind and quality in the repair of their vehicles.

4. The complaints in both the <u>Jones Hubbard</u> and <u>Aharonoff</u> cases allege that GEICO



Burd Lozano & Zacherl, L.L.P.   601 BRICKELL KEY DRIVE, SUITE 500, P.O. BOX 01-9110, MIAMI, FLORIDA 33131 • TELEPHONE: 305 374-3100 / FAX: 305 374-3161

CASE NO: 00-6035-CIV-WJZ
Magistrate Judge Seltzer

Casualty breached its purported contractual obligation to "restore Plaintiff's vehicles to their pre-loss condition using parts of like kind and quality," and both complaints seek similar monetary and injunctive relief.

    5.    Pursuant to Local Rule 3.9(C):

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned.

S.D. Fla. L.R. 3.9(C).

    6.    Local Rule 3.9(D) requires the attorneys of record to "bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in paragraphs....C hereof." S.D. Fla. L.R. 3.9(D). This notice must be given by filing and serving a "Notice of Pendency of Other Actions." Id.

    7.    GEICO Casualty hereby serves this Notice Of Pendency of Other Actions in accordance with Local Rule 3.9(D) as set forth herein.

BURD LOZANO & ZACHERL, LLP
Counsel for Defendant,
GEICO CASUALTY CO.
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Telephone: (305) 374-3100
Fax: (305) 374-3161

By: _____
Frank A. Zacherl
Florida Bar No. 868094

-2-



CASE NO: 00-6035-CIV-WJZ
Magistrate Judge Seltzer

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of January, 2000 to: **SEAN C. DOMNICK, ESQ.**, Counsel for Plaintiff, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, Florida 33402-3626; and **JEFFREY ORSECK, ESQ.**, Co-Counsel for Plaintiff, Jeffery Orseck, P.A., 1111 E. Broward Blvd., Orseck Plaza, Fort Lauderdale, FL 33301.

By: _____
Frank A. Zacherl
Florida Bar No. 868094

G:\oem parts\hubbard\Lit\notice of pendency.wpd

-3-

**Burd Lozano & Zacherl, L.L.P.**  601 BRICKELL KEY DRIVE  SUITE 500, P.O. BOX 01-9110, MIAMI, FLORIDA 33131 • TELEPHONE: 305 374-3100 / FAX: 305 374-3161