UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CIV-ZLOCH

FILED by _____ D.C.

FEB 16 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

KIMBERLY JONES HUBBARD,
on behalf of herself and
all others similarly situated,

    Plaintiff,

vs.

**ORDER OF TRANSFER**

GEICO CASUALTY COMPANY,

    Defendant.
_____/

    GOOD CAUSE appearing therefor pursuant to Local Rule 3.9(C) and subject to consent hereinbelow, it is

    **ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of Judge K. MICHAEL MOORE for all further proceedings.

    **DATED** in Chambers at Fort Lauderdale, Broward County, Florida, this _19th_ day of January, 2000.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

    After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following case number: Case No. 00-6035-CIV-MOORE thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 14th day of February, 2000.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　K. MICHAEL MOORE
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

The Honorable William J. Zloch

Sean C. Domnick, Esq.
Jeffrey Orseck, Esq.
For Plaintiff

Frank A. Zacherl, Esq.
For Defendant

Lucy Lara, Case Assignment Administrator