IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
on behalf of herslef and all others
similarly situated,

    Plaintiff,

vs.      **ORDER**

GEICO CASUALTY COMPANY,

    Defendant,
_____/

FILED by _____ D.C.
FEB 1 8 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS ORDER has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this order.

It is further ORDERED:

1. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1 and the Federal Rules of Civil Procedure.

2. Counsel for the parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. See Local Rule 16.1(B).

3. Within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and**



**year for the trial** plus the estimated number of trial days required. Counsel shall also provide stamped envelopes addressed to all counsel of record.

Failure of counsel to file a joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of February 2000.

K. MICHAEL MOORE

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:

Jeffrey I. Orseck, Esq.
John Scarola, Esq.

Francis Augustine Zacherl, III, Esq.