UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-Moore



FILED BY _____ D.C.

00 FEB 22 PM 2: 46

CLARENCE HADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly situated,

       Plaintiff,

vs.

GEICO CASUALTY COMPANY,

       Defendant.

_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance in this action of the undersigned law firm,

SHEFTALL & TORRES, P.A., as co-counsel for the Plaintiff, Kimberly Jones Hubbard, on behalf

of herself and all others similarly situated. All counsel of record are requested to serve all pleadings

and other papers in this action on the undersigned counsel.

               Respectfully submitted,

               Sean C. Domnick (FBN 843679)
               SEARCY DENNEY SCAROLA et al.
               2139 Palm Beach Lakes Boulevard
               Post Office Drawer 3626
               West Palm Beach, FL 33402-3626
               Tel. (561) 686-6300

               Jeffrey Orseck (FBN 215953)
               JEFFREY ORSECK, P.A.
               1111 East Broward Boulevard, Orseck Plaza
               Fort Lauderdale, FL 33301
               Tel. (954) 763-3000



-and-

SHEFTALL & TORRES, P.A.
100 S.E. Second Street, Suite 4600
Miami, FL 33131
Tel. (305) 358-5959
Fax (305) 358-5958


By: _____
    Scott D. Sheftall, Esq. (FBN 231398)
    Brian M. Torres, Esq. (FBN 0036498)
    Marc A. Wites, Esq. (FBN 24783)


## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served by

U.S. mail to counsel on the attached list this _14th_ day of February, 2000.


_____
BRIAN M. TORRES

## JONES-HUBBARD v. GEICO CAS. CO.

Frank A. Zacherl, Esq.
Burd Lozano & Zacherl, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Tel: (305) 374-3100
Fax: (305) 374-3161
**Counsel for GEICO Casualty Co.**

David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Arnold & Porter
555 12th Street, NW
Washington, DC 20004-1202
**Counsel for GEICO Casualty Co.**