UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-Moore

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly situated,

    Plaintiff,

vs.

GEICO CASUALTY COMPANY,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. §1447(c), Plaintiff moves this Court to remand the above-captioned action on the basis of lack of subject matter jurisdiction to the Seventeenth Judicial Circuit in and for Broward County, Florida and states as follows:

1.    Plaintiff filed this class action on September 9, 1999 in the Seventeenth Judicial Circuit in and for Broward County, Florida.

2.    On October 22, 1999, Defendant removed this action to this Court.

3.    Plaintiff did not immediately move to remand in response to Defendant's Notice of Removal because Plaintiff believed that her claim for punitive damages would satisfy the amount-in-controversy requirement under the Eleventh Circuit's decision in *Tapscott v. MS Dealer Service*

1

**SHEFTALL & TORRES, P.A.**



CASE NO. 99-7409-CIV-MOORE

*Corp.*, 77 F.3d 1353 (11th Cir. 1996).[1] Plaintiff's decision was based, in large part, on a $600 million dollar punitive damage award against State Farm Mutual Insurance Company in an identical class action styled *Avery v. State Farm Mutual Automobile Ins. Co.*, 1999 WL 1022134 (Ill. Cir. Ct. 1999).

4. Plaintiff also recognized Defendant's argument that Plaintiff's request for statutory attorney's fees also provided an independent basis to satisfy the amount-in-controversy requirement under existing law at the time of Defendant's removal. Plaintiff did not immediately advise the Court that she intends to amend his complaint to seek attorneys' fees from the common fund that will be created by this nationwide class action and, thereby, abandon his request for statutory attorneys' fees because her punitive damages claim alone would satisfy the amount-in-controversy requirement under *Tapscott*.

5. The Eleventh Circuit's recent opinions in *Cohen v. Office Depot, Inc.*, 2000 WL 217490 (11th Cir. 2000) and *Darden v. Ford Consumer Finance Co.*, — F. 3d. — (11th Cir. 2000) have eliminated both the punitive damages and statutory attorneys' fees bases for this action's satisfaction of the amount-in-controversy requirement. As a result, this action does not satisfy the amount-in-controversy requirement because Plaintiff has not alleged that her individual claim exceeds $75,000, and neither her forthcoming claim for punitive damages nor her present claim for statutory attorneys' fees meet the $75,0000 threshold.

---

[1] Plaintiff does not contend that his compensatory damages exceed $75,000. Plaintiff's state court complaint did not plead a claim for punitive damages because of the prohibition of §768.72, Fla. Stat.

2

SHEFTALL & TORRES, P.A.

CASE NO. 99-7409-CIV-MOORE

6. Plaintiff's counsel contacted Defendant's Counsel prior to the filing of this motion to discuss the issues raised herein. Defendant's counsel stated that Defendant objects to the relief requested herein.

**WHEREFORE,** Plaintiff respectfully requests that this Court remand this action to the Seventeenth Judicial Circuit in and for Broward County, Florida.

Respectfully submitted,

Sean C. Domnick (FBN 843679)
SEARCY DENNEY SCAROLA et al.
2139 Palm Beach Lakes Boulevard
Post Office Drawer 3626
West Palm Beach, FL 33402-3626
Tel. (561) 686-6300

Jeffrey Orseck (FBN 215953)
Jeffrey Orseck, P.A.
1111 East Broward Boulevard, Orseck Plaza
Fort Lauderdale, FL 33301
Tel. (954) 763-3000

- and -

SHEFTALL & TORRES, P.A.
100 S.E. Second Street, Suite 4600
Miami, FL 33131
Tel. (305) 358-5959
Fax (305) 358-5958

By: _____
Scott D. Sheftall, Esq. (FBN 231398)
Brian M. Torres, Esq. (FBN 0036498)
Marc A. Wites, Esq. (FBN 0024783)

3

SHEFTALL & TORRES, P.A.

CASE NO. 99-7409-CIV-MOORE

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. mail to counsel on the attached list this 10th day of March, 2000.

_____
Marc A. Wites

4

CASE NO. 99-7409-CIV-MOORE

## JONES-HUBBARD v. GEICO CAS. CO.

Frank A. Zacherl, Esq.
Burd Lozano & Zacherl, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Tel: (305) 374-3100
Fax: (305) 374-3161
**Counsel for GEICO Casualty Co.**

David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Arnold & Porter
555 12th Street, NW
Washington, DC 20004-1202
**Counsel for GEICO Casualty Co.**

G:\CASES\99-59\pleadings\motion2remand.wpd