NIGHT BOX
FILED

MAR 1 4 2000

CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6035-CIV-Moore

KIMBERLY JONES HUBBARD
On Behalf of Herself And All Others
Similarly Situated,

        Plaintiff,

v.

GEICO CASUALTY COMPANY,

        Defendant.

## STIPULATION FOR FILING OF AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANT, GEICO CASUALTY COMPANY'S, PENDING MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto, and Defendant reserves all defenses that it may have to the Amended Complaint.

IT IS FURTHER STIPULATED that the Defendant, GEICO Casualty Co., hereby withdraws its pending Motion to Dismiss Or, In The Alternative, For Summary Judgment.

| | |
|---|---|
| Sean C. Domnick, Esq. | Frank A. Zacherl, Esq. |
| Florida Bar No.: 843679 | Florida Bar No.: 868094 |
| Jack Scarola, Esq. | Burd Lozano & Zacherl, LLP |
| Florida Bar No.: 169440 | 601 Brickell Key Drive, Suite 500 |
| Searcy Denney Scarola Barnhart & Shipley, P.A. | P.O. Box 01-9110 |
| 2139 Palm Beach Lakes Boulevard | Miami, FL 33131 |
| Post Office Drawer 3626 | (305) 374-3100 |
| West Palm Beach, FL 33402-3626 | (305) 374-3161 (Fax) |
| (561) 686-6300 | Attorneys for Defendant |
| (561) 478-0754 (Fax) | |
| Attorneys for Plaintiff | |
| Dated: 3-14-00 | Dated: 3-14-00 |