**NIGHT BOX**
**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAR 2 7 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

ALIZAH AHARONOFF, on behalf
of herself and all others similarly
situated,

       Plaintiff,

v.

COLONIAL PENN INSURANCE COMPANY,
GEICO CASUALTY COMPANY, and
PROGRESSIVE EXPRESS INSURANCE
CO.,

       Defendants.

_____/

**CASE NO. 99-7425-CIV-MOORE**

Magistrate Judge O'Sullivan

**CASE NO: 00-6035-CIV-MOORE** ✓

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly
situated,
       Plaintiff,
vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

       Defendant.

_____/

Magistrate Judge O'Sullivan

## AGREED AND CONSOLIDATED MOTION TO ENLARGE
## TIME TO RESPOND TO PLAINTIFFS' MOTIONS TO REMAND

Defendants, Government Employees Insurance Company ("GEICO") and GEICO

Casualty Insurance Company ("GEICO Casualty"), by and through undersigned counsel and

pursuant to Federal Rule of Civil Procedure 6(b), hereby file this Agreed and Consolidated

Motion to Enlarge Time to Respond to Plaintiffs' Motions to Remand in the above-captioned

actions, and as grounds in support of the motion state the following:

13
/K



Burd
Lozano &

Case No. 99-7425-CIV-MOORE
Case No. 00-6035-CIV-MOORE

1.    Plaintiff Aharonoff's and Plaintiff Hubbard's Motions to Remand were served on GEICO Casualty and GEICO, respectively, on March 10, 2000.

2.    GEICO Casualty's and GEICO's responses initially are due on March 27, 2000.

3.    On March 16, 2000, a petition for rehearing and rehearing *en banc* was filed in *Cohen v. Office Depot, Inc.* ("*Cohen II*"), __ F.3d __, 2000 WL 217490 (11th Cir. Feb. 24, 2000), regarding issues raised in Plaintiffs' Motions to Remand. In light of the recent developments in the law, GEICO Casualty and GEICO respectfully request that this Court grant an enlargement of time, until Friday, March 31, 2000, for GEICO Casualty and GEICO to file their responses to Plaintiffs' Motions to Remand.

4.    Counsel for the defendants has contacted Plaintiffs' counsel, who graciously has agreed to the requested enlargement of time.

WHEREFORE, for the foregoing reasons, GEICO and GEICO Casualty request that this Honorable Court enter an Order allowing GEICO and GEICO Casualty an enlargement of time until March 31, 2000 to file their responses to Plaintiffs' Motions to Remand.


Burd
Lozano &

- 2 -

Case No. 99-7425-CIV-MOORE
Case No. 00-6035-CIV-MOORE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this 27th day of March, 2000 to: SEAN C. DOMINICK, ESQ., Counsel for Plaintiffs, Searcy Denny Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, FL 33402-3626; **JEFFREY ORSECK, ESQ.** Co-Counsel for Plaintiffs, Jeffrey Orseck, P.A., 111 E. Broward Blvd., Orseck Plaza, Fort Lauderdale, FL 33301; and **SCOTT D. SHEFTALL, ESQ.,** Co-Counsel for Plaintiffs, Sheftall & Torres, P.A., 100 S.E. Second Street, Suite 4600, Miami, FL 33131. **CHARLES PLATT, ESQ., PATRICK GENNARDO, ESQ.** Counsel for Colonial Penn. LeBoeuf Lamb Greene & MacRae, 125 W. 55th St., New York, NY 10019-5389.

Respectfully submitted,

By: _____ 078964
Frank A. Zacherl
Florida Bar. No. 868094
BURD LOZANO & ZACHERL, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Telephone: (305) 374-3100
Fax: (305) 374-3161

*Counsel for Defendants GEICO Casualty Company and Government Employees Insurance Company*

Dated: March 27, 2000


Burd
Lozano &
Zacherl, LLP