

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00 CV 6035 ~~990204O6~~-CIV-MOORE
Magistrate Judge:

KIMBERLY JONES HUBBARD, on behalf
of herself and all other similarly
situated,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.

_____

### MOTION TO APPEAR PRO HAC VICE

Elissa J. Preheim, of the law firm of Arnold & Porter, 555 12th Street NW, Washington, D.C. 20004-1202, hereby respectfully moves this Court for an Order admitting her specially to practice *pro hac vice* before the United States District Court for the Southern District of Florida, for the purpose of appearance and participation in the above-captioned case on behalf of Government Employees Insurance Company.

I, Elissa J. Preheim, pursuant to the Special Rule 4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby certify as follows:

    1.    I graduated in 1996 from Indiana University and received a juris doctor degree. I am admitted to the Illinois and District of Columbia Bars.



2. I certify that I am a member in good standing in the aforementioned courts, and have not been subjected to discipline by any court or administrative body.

3. I certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida.

4. Frank Zacherl, Esq. -- a partner at Burd, Lozano & Zacherl, L.L.P., 601 Brickell Key Drive, Suite 500, Miami, Florida 33131 -- is counsel of record for Government Employees Insurance Company in this matter, and is admitted to practice in the Southern District of Florida.

5. Plaintiff has no objection to this motion to appear Pro Hac Vice before this Court.

6. A proposed order approving this application has been submitted herewith.

WHEREFORE, Elissa J. Preheim respectfully requests that she be allowed to appear *pro hac vice* as counsel for Government Employees Insurance Company herein.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this ____ day of March, 2000, to all counsel on the attached Service List.

Respectfully submitted,

ARNOLD & PORTER
Counsel for Defendant Government
Employees Insurance Company
555 12th Street, N.W.
Washington, D.C. 20004-1202
Telephone: 202-942-5000

By: _____
Elissa J. Preheim

## SERVICE LIST

**SEAN C. DOMNICK, ESQ.**
Counsel for Plaintiff
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, Florida 33402-3626

**JEFFREY ORSECK, ESQ.**
Co-counsel for Plaintiff
Jeffrey Orseck, P.A.
111 E. Broward Blvd.
Orseck Plaza
Ft. Lauderdale, FL 33301

**SCOTT D. SHEFTALL, ESQ.**
**BRIAN M. TORRES, ESQ.**
**MARC A. WITES, ESQ.**
Co-counsel for Plaintiff
Sheftall & Torres, P.A.
100 S.E. Second Street
Suite 4600
Miami, Florida 33131



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202/879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ELISSA J. PREHEIM**

was on the __5th__ day of __June__, __1998__, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C. this __22nd__ day of __March__, __2000__.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk