FILING FEE
PAID $75.00
In Forma 819318
Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00cv 6035 ~~99020406~~-CIV-MOORE
Magistrate Judge:

KIMBERLY JONES HUBBARD, on behalf
of herself and all other similarly
situated,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____

00 MAR 28 PH 4: 22
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

## MOTION TO APPEAR PRO HAC VICE

David P. Gersch, of the law firm of Arnold & Porter, 555 12th Street NW, Washington, D.C. 20004-1202, hereby respectfully moves this Court for an Order admitting him specially to practice *pro hac vice* before the United States District Court for the Southern District of Florida, for the purpose of appearance and participation in the above-captioned case on behalf of Government Employees Insurance Company.

    I, David P. Gersch, pursuant to the Special Rule 4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby certify as follows:

    1.    I graduated in 1982 from New York University School of Law and received a juris doctor degree. I am admitted to the District of Columbia Bar.

15

2.  I certify that I am a member in good standing in the aforementioned courts, and have not been subjected to discipline by any court or administrative body.

3.  I certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida.

4.  Frank Zacherl, Esq. -- a partner at Burd, Lozano & Zacherl, L.L.P., 601 Brickell Key Drive, Suite 500, Miami, Florida 33131 -- is counsel of record for Government Employees Insurance Company in this matter, and is admitted to practice in the Southern District of Florida.

5.  Plaintiff has no objection to this motion to appear Pro Hac Vice before this Court.

6.  A proposed order approving this application has been submitted herewith.

WHEREFORE, David P. Gersch respectfully requests that he be allowed to appear *pro hac vice* as counsel for Government Employees Insurance Company herein.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this 28 day of March, 2000, to all counsel on the attached Service List.

> Respectfully submitted,
>
> ARNOLD & PORTER
> Counsel for Defendant Government
>   Employees Insurance Company
> 555 12th Street, N.W.
> Washington, D.C. 20004-1202
> Telephone: 202-942-5000
>
> By: _____
>       David P. Gersch

## SERVICE LIST

**SEAN C. DOMNICK, ESQ.**
Counsel for Plaintiff
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, Florida 33402-3626

**JEFFREY ORSECK, ESQ.**
Co-counsel for Plaintiff
Jeffrey Orseck, P.A.
111 E. Broward Blvd.
Orseck Plaza
Ft. Lauderdale, FL 33301

**SCOTT D. SHEFTALL, ESQ.**
BRIAN M. TORRES, ESQ.
MARC A. WITES, ESQ.
Co-counsel for Plaintiff
Sheftall & Torres, P.A.
100 S.E. Second Street
Suite 4600
Miami, Florida 33131



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202/879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____**DAVID P. GERSCH**_____

was on the ___**22nd**___ day of _____**December**_____, __**1982**__, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C. this ___**22nd**___ day of _____**March**_____, __**2000**__.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk