UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GEICO CASUALTY COMPANY,

    Defendant.
_____/



## DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT

Defendant, GEICO Casualty Company, hereby moves for an extension of time to respond to Plaintiff Hubbard's First Amended Class Action Complaint. In support, Defendant states:

1. Plaintiff served its First Amended Class Action Complaint on Defendant on or about March 15, 2000. Defendant's response is due March 29, 2000.

2. Because of unavoidable scheduling conflicts, Defendant respectfully requests a two-week extension of time (until April 12, 2000) to respond to the multiple issues raised in the First Amended Class Action Complaint.

3. Plaintiff's counsel has no objection to this extension.

4. Defendant makes this extension on good faith and not for purposes of delay.

WHEREFORE, Defendant, GEICO Casualty Company respectfully requests that this Court grant an extension of time until April 12, 2000 to respond to the First Amended Class Action Complaint.

**Burd Lozano & Zacherl, L.L.P.**  601 BRICKELL KEY DRIVE, SUITE 500, P.O. BOX 019110, MIAMI, FLORIDA 33131 • TELEPHONE 305 374-3100 / FAX 305 3

CASE NO. 00-6035-CIV-MOORE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _28_ day of March 2000, to: **SEAN C. DOMNICK, ESQ.**, Counsel for Plaintiff, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, Florida 33402-3626 and **JEFFREY ORSECK, ESQ.**, Co-counsel for Plaintiff, Jeffrey Orseck, P.A., 111 E. Broward Blvd., Orseck Plaza, Ft. Lauderdale, FL 33301; **SCOTT D. SHEFTALL, ESQ.**, BRIAN M. TORRES, ESQ., MARC A. WITES, ESQ., Co-counsel for Plaintiff, Sheftall & Torres, P.A., 100 S.E. Second Street, Suite 4600, Miami, Florida 33131; and **ELISSA PREHEIM**, BRUCE CHADWICK, Co-counsel for Defendant, Arnold & Porter, 555 Twelfth St., N.W., Washington, DC 20004-1206.

Respectfully submitted,

Frank A. Zacherl
Florida Bar No. 868094

BURD, LOZANO & ZACHERL, L.L.P.
Counsel for GEICO Casualty Company
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Tel: 305-374-3100
Fax: 305-374-3161

G:\ocm parts\hubbard\Lit\m-enlarge.1.wpd

Burd Lozano & Zacherl, L.L.P.  601 BRICKELL KEY DRIVE, SUITE 500, P.O. BOX 01-9110, MIAMI, FLORIDA 33131 • TELEPHONE 305-374-3100