UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GEICO CASUALTY COMPANY,

    Defendant.
_____/

### NOTICE OF VACATION

Undersigned counsel for Defendant hereby gives notice of his vacation for the periods April 14, through April 23, 2000, and December 23, through December 31, 2000. Undersigned counsel respectfully requests that no hearings, depositions, mediation or trial be scheduled during these time frames.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of March, 2000, to: **SEAN C. DOMNICK, ESQ.**, Counsel for Plaintiff, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, Florida 33402-3626 and **JEFFREY ORSECK, ESQ.**, Co-counsel for Plaintiff, Jeffrey Orseck, P.A., 111 E. Broward Blvd., Orseck Plaza, Ft. Lauderdale, FL 33301..

    BURD, LOZANO & ZACHERL, LLP
    Counsel for Geico Casualty Company
    601 Brickell Key Drive, Suite 500
    P.O. Box 01-9110
    Miami, Florida 33131
    Tel:    305-374-3100
    Fax:    305-374-3161

    _____
    Frank A. Zacherl
    Florida Bar No. 868094



Burd Lozano & Zacherl, L.L.P.  601 BRICKELL KEY DRIVE, SUITE 500, P.O. BOX 01-9110, MIAMI, FLORIDA 33131 • TELEPHONE 305 374 3100 / FAX 305 374 3161