UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALIZAH AHARONOFF, on behalf
of herself and all others similarly
situated,

       Plaintiff,

v.

COLONIAL PENN INSURANCE COMPANY,
GEICO CASUALTY COMPANY, and
PROGRESSIVE EXPRESS INSURANCE
CO.,

      Defendants.

_____/

**CASE NO. 99-7425-CIV-MOORE**

Magistrate Judge O'Sullivan

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly
situated,
        Plaintiff,
vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

      Defendant.

_____/

**CASE NO: 00-6035-CIV-MOORE**

Magistrate Judge O'Sullivan



FILED by _____ D.C.

MAR 2 9 2000

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### AGREED ORDER GRANTING GEICO'S AND GEICO CASUALTY'S
### AGREED AND CONSOLIDATED MOTION TO ENLARGE TIME TO
### RESPOND TO PLAINTIFFS' MOTIONS TO REMAND

    This Cause having come before this Court on GEICO's and GEICO Casualty's Agreed and

Consolidated Motion to Enlarge Time to Respond to Plaintiffs' Motions to Remand, and the Court

having reviewed the motion, having been advised of the agreement of the parties, and being

otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

19

Case No. 99-7425-CIV-MOORE
Case No. 00-6035-CIV-MOORE

1.    GEICO's and GEICO Casualty's Agreed and Consolidated Motion to Enlarge Time to Respond to Plaintiffs' Motions to Remand is hereby GRANTED.

2.    GEICO and GEICO Casualty shall serve their Responses to Plaintiffs' Motions to Remand by March 31, 2000.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida on this 29th day of March, 2000.

The Honorable Kevin Michael Moore
United States District Judge

Copies furnished to:

Counsel of Record

-2-