UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD, on behalf of
herself and all others similarly situated
    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
    Defendant.
_____/

**ORDER GRANTING ADMISSION
PRO HAC VICE**

FILED by _____ D.C.

MAR 2 9 2000

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon the Petitions of M. Sean Laane, Esq. (filed March 28, 2000), David P. Gersch, Esq. (filed March 28, 2000), Elissa J. Preheim, Esq. (filed March 28, 2000) for Admission Pro Hac Vice.

THE COURT has considered the Petitions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the said Petitions be, and the same are, hereby GRANTED. Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys for the Southern District of Florida and the Petitions, Frank Zacherl, Esq. is designated as a member of the trial bar of this Court who shall act as local counsel for the receipt of service of papers and other communications.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of March, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
M. Sean Laane, Esq.
David P. Gersch, Esq.
Elissa J. Preheim, Esq.
Frank Zacherl, Esq.
Sean C. Domnick, Esq.
Jeffrey Orseck, Esq.
Scott D. Sheftall, Esq.