UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GEICO CASUALTY COMPANY,

    Defendant.
_____/



## ORDER GRANTING DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT

**THIS CAUSE** came before this Court upon the Defendant's Agreed Motion For Extension of Time to Respond to First Amended Class Action Complaint. The Court, having carefully considered the merits of the Motion and being otherwise fully advised on the matter,

**ORDERS AS FOLLOWS:**

1. The Defendant's Motion is granted, and Defendant's response to Plaintiff's First Amended Complaint shall be due on or before April 12, 2000.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of April, 2000.

                                                                United States District Court Judge
                                                                K. MICHAEL MOORE

cc:    Counsel of Record