UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6035-CIV-MOORE



KIMBERLY JONES HUBBARD,
On Behalf Of Herself And All Others
Similarly Situated,

    Plaintiff,                                          **CLASS REPRESENTATION**

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S ANSWERS TO DEFENDANT, GOVERNMENT EMPLOYEES
INSURANCE COMPANY'S, FIRST REQUESTS FOR ADMISSION**

The Plaintiff, Kimberly Jones-Hubbard, On Behalf Of Herself And All Others Similarly Situated, hereby files her Answers to Defendant, Government Employees Insurance Company's, First Requests for Admission dated April 19, 2000, as follows:

**REQUEST NO. 1**

Neither Plaintiff nor any member of the putative class seeks or will seek in the above-captioned action damages of any kind totaling in excess of $75,000.

**ANSWER NO. 1**

Denied as phrased. It is not anticipated that the Plaintiff or any one class member will seek compensatory damages in excess of $75,000.00. It is anticipated, however, that the aggregate compensatory damages will run in the tens of millions of dollars if not hundreds of millions of



dollars. Furthermore, it is anticipated that aggregate attorneys' fees and punitive damages will exceed $75,000.00.

**REQUEST NO. 2**

Plaintiff does not seek in the above-captioned action damages of any kind totaling in excess of $75,000.

**ANSWER NO. 2**

Denied as phrased. It is not anticipated that the Plaintiff or any one class member will seek compensatory damages in excess of $75,000.00. It is anticipated, however, that the aggregate compensatory damages will run in the tens of millions of dollars if not hundreds of millions of dollars. Furthermore, it is anticipated that aggregate attorneys' fees and punitive damages will exceed $75,000.00.

**REQUEST NO. 3**

Plaintiff will not seek in the above-captioned action damages of any kind totaling in excess of $75,000.

**ANSWER NO. 3**

Denied as phrased. It is not anticipated that the Plaintiff or any one class member will seek compensatory damages in excess of $75,000.00. It is anticipated, however, that the aggregate compensatory damages will run in the tens of millions of dollars if not hundreds of millions of dollars. Furthermore, it is anticipated that aggregate attorneys' fees and punitive damages will exceed $75,000.00.

**REQUEST NO. 4**

No putative class member in the above-captioned action will seek damages of any kind totaling in excess of $75,000.

## ANSWER NO. 4

Denied as phrased. It is not anticipated that the Plaintiff or any one class member will seek compensatory damages in excess of $75,000.00. It is anticipated, however, that the aggregate compensatory damages will run in the tens of millions of dollars if not hundreds of millions of dollars. Furthermore, it is anticipated that aggregate attorneys' fees and punitive damages will exceed $75,000.00.

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been sent to all counsel on the attached service list by fax and by U.S. Mail this 19th day of May, 2000.

_____
Sean C. Domnick, Esq.
Florida Bar No.: 843679
Jack Scarola, Esq.
Florida Bar No.: 169440
Searcy Denney Scarola Barnhart &
 Shipley, P.A.
2139 Palm Beach Lakes Boulevard
Post Office Drawer 3626
West Palm Beach, FL 33402-3626
(561) 686-6300
(561) 478-0754 (Fax)
Attorneys for Plaintiff

Jeffrey Orseck, Esq.
Florida Bar No.: 215953
Jeffrey Orseck, P.A.
1111 East Broward Boulevard, Orseck Plaza
Fort Lauderdale, FL 33301
(954) 763-3000
(954) 527-4228 (Fax)
Co-Counsel for Plaintiff

Scott D. Sheftall, Esq.
Florida Bar No.: 231398
Brian M. Torres, Esq.
Florida Bar No.: 0036498
Sheftall and Torres, P.A.
100 S.E. Second Street - Suite 4600
Miami, FL 33131
(305) 358-5959
(305) 358-5958 (Fax)
Co-Counsel for Plaintiff

**JONES-HUBBARD v. GOVERNMENT EMPLOYEES INSURANCE COMPANY**
**Case No.: 00-6035-CIV-MOORE**

**COUNSEL LIST**

Frank A. Zacherl, Esq.
Burd Lozano & Zacherl, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, FL 33131
(305) 374-3100
(305) 374-3161 (fax)
**Counsel for Defendant**

David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004-1202
(202) 942-5000
**Counsel for Defendant**

Jeffrey Orseck, Esq.
Jeffrey Orseck, P.A.
1111 East Broward Blvd., Orseck Plaza
Ft. Lauderdale, FL 33301
(954) 763-3000
**Co-Counsel for Plaintiff**

Scott D. Sheftall, Esq.
Brian M. Torres, Esq.
Sheftall & Torres, P.A.
100 S.E. Second Street, Suite 4600
Miami, FL 33131
(305) 358-5959
(305) 358-5958
**Co-Counsel for Plaintiff**