UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO.: 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
On Behalf Of Herself And All Others
Similarly Situated,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S PENDING MOTION TO REMAND

COMES NOW the Plaintiff herein, Kimberly Jones Hubbard, On Behalf Of Herself And All Others Similarly Situated, by and through the undersigned attorneys, and does hereby withdraw her prior Motion to Remand dated March 10, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all counsel on the attached list this 9th day of June, 2000.

                                           Sean C. Domnick, Esq.
                                           Florida Bar No.: 843679
                                           Jack Scarola, Esq.
                                           Florida Bar No.: 169440
                                           Searcy Denney Scarola Barnhart
                                           & Shipley, P.A.
                                           2139 Palm Beach Lakes Blvd.
                                           Post Office Drawer 3626
                                           West Palm Beach, FL 33402-3626
                                           (561) 686-6300
                                           (561) 478-0754 (Fax)
                                           Attorneys for Plaintiff

-2-

Jeffrey Orseck, Esq.
Jeffrey Orseck, P.A.
Orseck Plaza
1111 East Broward Boulevard
Ft. Lauderdale, FL  33301
(954) 763-3000
(954) 527-4228 (Fax)
**Co-Counsel for Plaintiff**

Scott D. Sheftall, Esq.
Brian M. Torres, Esq.
Sheftall & Torres, P.A.
100 S.E. Second Street - Suite 4600
Miami, FL  33131
(305) 358-5959
(305) 358-5958 (Fax)
(305) 358-5958 (Fax)
**Co-Counsel for Plaintiff**

**JONES-HUBBARD v. GOVERNMENT EMPLOYEES INSURANCE COMPANY**
**Case No.: 00-6035-CIV-MOORE**

**COUNSEL LIST**

Frank A. Zacherl, Esq.
Burd Lozano & Zacherl, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, FL 33131
(305) 374-3100
(305) 374-3161 (Fax)
**Counsel for Defendant**

David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004-1202
(202) 942-5000
(202) 942-5999 (Fax)
**Counsel for Defendant**

Jeffrey Orseck, Esq.
Jeffrey Orseck, P.A.
1111 East Broward Blvd., Orseck Plaza
Ft. Lauderdale, FL 33301
(954) 763-3000
(954) 527-4228 (Fax)
**Co-Counsel for Plaintiff**

Scott D. Sheftall, Esq.
Brian M. Torres, Esq.
Sheftall & Torres, P.A.
100 S.E. Second Street, Suite 4600
Miami, FL 33131
(305) 358-5959
(305) 358-5958 (Fax)
**Co-Counsel for Plaintiff**