UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6035-CIV-MOORE
Magistrate Judge O'Sullivan

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly
situated,
        Plaintiff,
vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

        Defendant.
_____/

## REPORT OF SCHEDULING MEETING

Plaintiff, Kimberly Jones-Hubbard, and Defendant, Government Employees Insurance Company, pursuant to Local Rule 16.1(B)(7), submit this Report of Scheduling Meeting. On June 27, 2000, Scott D. Sheftall and Brian M. Torres, counsel for Plaintiff, and David P. Gersch and Elissa J. Preheim, counsel for Defendant, met for the purpose of preparing this scheduling report. The parties jointly submit the following:

I.     **CASE MANAGEMENT TRACK**

The parties suggest that this action should be placed on the complex track as provided in Local Rule 16.1(A)(2)(c).

II.    **EXCHANGE OF DOCUMENTS, OTHER EVIDENCE AND WITNESS LISTS**

Due to the complex nature of this case, the parties are not yet in a position to exchange documents, other evidence and witness lists, as provided at Local Rule



16.1(B)(1), (3) and (4). The parties anticipate stipulated that such materials will be exchanged through discovery.

### III. DISCOVERY SCHEDULE

The parties agree that the initial phase of discovery should be limited to class certification matters. The parties anticipate that they will serve written discovery and take depositions addressed to class certification matters. This phase of discovery should be completed on or before October 31, 2000 with the exception of expert depositions, as set forth in Part VI.C. Following class certification discovery, the parties anticipate serving written discovery and taking depositions addressed to the merits of the parties' claims and defenses. Merits discovery should be completed 11 months after the ruling on class certification.

### IV. LIKELIHOOD OF SETTLEMENT

The parties are not in a position at this time to predict the likelihood of settlement.

### V. LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES

It is possible that an additional party or parties may appear in this action. Any addition of such parties is not likely to cause unreasonable delay.

### VI. PROPOSED TIME LIMITS

    A.    To join additional parties and to amend the pleadings: no later than 45 days prior to the close of merits discovery;

    B.    For completion of class discovery: October 31, 2000;

    C.    Any expert whose testimony is to be submitted in support of, or opposition to, class certification may be deposed after the date for completion of class discovery;

D. For Plaintiffs to serve a motion for class certification and supporting memoranda and/or affidavits: November 30, 2000;

E. For Defendant to respond to Plaintiff's motion for class certification: January 15, 2001;

F. For completion of merits discovery: 11 months after the ruling on class certification;

1. Plaintiff's expert report(s) is due 90 days prior to the close of merits discovery;

2. Defendant's expert report(s) is due 30 days prior to the close of merits discovery;

G. For filing of non-dispositive motions: 10 days after the close of merits discovery;

H. For filing of dispositive motions and any motion to decertify class: 60 days after the close of merits discovery;

I. For the court to hear all pretrial motions:  30 days after the deadline for filing dispositive motions.

## VII. PROPOSALS FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES, INCLUDING ELIMINATION OF FRIVOLOUS CLAIMS AND DEFENSES

Counsel for the parties have agreed to discuss, in good faith, the entry of stipulations and the elimination of any frivolous claims and defenses. Counsel for the parties will reassess their respective positions following each stage of discovery in a joint effort to determine if the facts, as revealed by the discovery process, comport with the claims and defenses asserted.

**VIII. NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**

Amendment to the pleadings may be necessary as the case and discovery progress.

**IX. ADMISSIONS OF FACT AND DOCUMENTS TO AVOID UNNECESSARY PROOF, STIPULATIONS REGARDING THE AUTHENTICITY OF DOCUMENTS, AND NEED FOR ADVANCE RULINGS ON THE ADMISSIBILITY OF EVIDENCE**

Plaintiff and Defendant intend to use requests for admissions and stipulations to assist in narrowing the proof necessary at trial. Plaintiff and Defendant will confer for the purpose of entering into stipulations regarding the authenticity of documents. It is anticipated that some advance rulings on the admissibility of evidence may be needed.

**X. SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE**

Plaintiff and Defendant will both attempt to utilize requests for admissions and stipulations to avoid unnecessary proof and cumulative evidence.

**XI. SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER**

None at this time.

**XII. PRELIMINARY ESTIMATE OF THE TIME REQUIRED FOR TRIAL**

Two (2) to six (6) weeks.

**XIII. SUGGESTED DATES FOR STATUS CONFERENCE, PRETRIAL CONFERENCE AND TRIAL**

    A.    Status Conference:    15 days after the deadline for filing dispositive motions.

    B.    Pretrial Conference:   45 days after the ruling on dispositive motions.

    C.    Trial:  no earlier than 60 days after ruling on dispositive motions.

Respectfully submitted,

Sean C. Domnick (FBN 843679)
SEARCY DENNEY SCAROLA et al.
2139 Palm Beach Lakes Boulevard
Post Office Drawer 3626
West Palm Beach, FL 33402
Tel. (561) 686-6300

| | |
|---|---|
| Jeffrey Orseck (FBN 215953) | Frank A. Zacherl (FBN 868904) |
| JEFFREY ORSECK, P.A. | BURD LAZANO & ZACHERL, LLP |
| Orseck Plaza | 601 Brickell Key Drive, Suite 500 |
| 1111 East Broward Boulevard | P.O. Box 01-9110 |
| Fort Lauderdale, FL 33301 | Miami, FL 33131 |
| Tel. (954) 763-3000 | Tel. (305) 374-3100 |
| - and - | - and - |
| Scott D. Sheftall (FBN 231398) | David P. Gersch |
| Brian M. Torres (FBN 0036498) | Elissa J. Preheim |
| SHEFTALL & TORRES, P.A. | Daniel A. Cantor |
| 100 S.E. Second Street, Suite 4600 | ARNOLD & PORTER |
| Miami, FL 33131 | 555 12th Street, N.W. |
| Tel. (305) 358-5959 | Washington, D.C. 20004-1206 |
| Fax (305) 358-5958 | Tel. (202) 942-5000 |
| | Fax (202) 942-5999 |
| By: /s/ Scott D. Sheftall | By: /s/ Elissa J. Preheim |
| Scott D. Sheftall (FBN 231398) | Elissa J. Preheim (*pro hac vice*) |
| Brian M. Torres (FBN 0036498) | |
| Attorneys for Plaintiff | Attorneys for Defendant |

Dated: July 20, 2000