IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD, on
behalf of herself and all others similarly
situated,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER OF REFERRAL OF PRETRIAL DISCOVERY TO MAGISTRATE**

AUG 1 2000

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge John J. O'Sullivan to take all necessary and proper action as required by law with respect to any and all **pretrial discovery** matters.

DONE AND ORDERED in Chambers at Miami, Florida, this ___/ day of August, 2000.

K. MICHAEL MOORE
_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:

United States Magistrate Judge
    John J. O'Sullivan
Sean C. Domnick, Esq.
Jeffrey Orseck, Esq.
Scott D. Sheftall, Esq.
Frank A. Zacherl, Esq.
Elissa J. Preheim, Esq.