UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6035-CIV-MOORE
Magistrate Judge Sullivan

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

    Plaintiff,
vs.

GEICO CASUALTY COMPANY,

    Defendant.
_____/

### RE-NOTICE OF TAKING VIDEO DEPOSITION
### (AS TO LOCATION ONLY)

PLEASE TAKE NOTICE that the Defendant in this action, through undersigned counsel, will take the video deposition, upon oral examination, of Plaintiff, KIMBERLY JONES HUBBARD, on **Tuesday, AUGUST 29, 2000, AT 9:00 A.M.** at:

    O'Connell & Associates Court Reporters
    The Official Agency
    524 S. Andrews Ave., Ste. 102N
    Fort Lauderdale, Florida 33301,

pursuant to Rule 30 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of the United States District Court for the Southern District of Florida.

The examination will be before O'Connell & Associates, Court Reporters, or other officer



Burd
Lozano &
Zacherl, L.L.P.  601 BRICKELL KEY DRIVE, SUITE 500, P.O. BOX 01-9110, MIAMI, FLORIDA 33131 • TELEPHONE 305.374.3100/FAX 305.374.3161



CASE NO: 00-6035-CIV-MOORE
Magistrate Judge Sullivan

authorized to administer oaths, and will continue on successive days, if necessary, until completed.

Respectfully submitted,

BURD LOZANO & ZACHERL, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Telephone: (305) 374-3100
Fax: (305) 374-3161

By: _____
Frank A. Zacherl
Florida Bar No. 868094

Of counsel:    David P. Gersch
Elissa J. Preheim
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, D.C. 20004-1202
(202) 9425999

Counsel for Defendant, GEICO CASUALTY CO.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __18__ day of August, 2000, to: **SEAN C. DOMNICK, ESQ.**, Counsel for Plaintiff, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, Florida 33402-3626; and **JEFFREY ORSECK, ESQ.**, Co-Counsel for Plaintiff, Jeffery Orseck, P.A., 1111 E. Broward Blvd., Orseck Plaza, Fort Lauderdale, FL 33301; and **SCOTT D. SHEFTALL, ESQ.**, Co-counsel for Plaintiff, Sheftall & Torres, P.A., 100 S.E. Second St., Ste. 4600, Miami, Florida 33131..

By: _____
Frank A. Zacherl
Florida Bar No. 868094

G:\oem parts\hubbard\re-notice of taking depo.wpd

-2-