

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00cv6035
CASE NO: ~~99020406~~-CIV-MOORE
Magistrate Judge:



KIMBERLEY JONES HUBBARD, on behalf of herself and all other similarly situated,

Plaintiff,

vs.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Defendant.

**MOTION TO APPEAR PRO HAC VICE**

Anne M. Package, of the law firm of Arnold & Porter, 555 12th Street NW, Washington, D.C. 20004-1202, hereby respectfully moves this Court for an Order admitting her specially to practice *pro hac vice* before the United States District Court for the Southern District of Florida, for the purpose of appearance and participation in the above-captioned case on behalf of Government Employees Insurance Company.

I, Anne M. Package, pursuant to the Special Rule 4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby certify as follows:

1. I graduated in 1994 from the University of Michigan Law School and received a juris doctor degree. I am admitted to the Pennsylvania and North Carolina Bars.

33

428158

2. I certify that I am a member in good standing in the aforementioned bars, and have not been subjected to discipline by any court or administrative body.

3. I certify that I have studied the Local Rules of the United States District Court for the Southern District of Florida.

4. Frank Zacherl, Esq. -- a partner at Burd, Lozano & Zacherl, L.L.P., 601 Brickell Key Drive, Suite 500, Miami, Florida 33131 -- is counsel of record for Government Employees Insurance Company in this matter, and is admitted to practice in the Southern District of Florida.

5. Plaintiff has no objection to this Motion to Appear *Pro Hac Vice* before this Court.

6. A proposed order approving this application has been submitted herewith.

WHEREFORE, Anne M. Package respectfully requests that she be allowed to appear *pro hac vice* as counsel for Government Employees Insurance Company herein.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this ~~18th~~ 23rd day of August, 2000, to all counsel on the attached Service List.

Respectfully submitted,

ARNOLD & PORTER
Counsel for Defendant Government
Employees Insurance Company
555 12th Street, N.W.
Washington, D.C. 20004-1202
Telephone: 202-942-5000

By: [signature]
Anne M. Package
Admitted in Pennsylvania and North and Carolina and not in the District of Columbia

**SERVICE LIST**

**SEAN C. DOMINICK, ESQ.**
Counsel for Plaintiff
Searcy Denny Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, FL 33402-3626

**SCOTT D. SHEFTALL, ESQ.**
Sheftall & Torres, P.A.
100 S.E. Second Street, Suite 4600
Miami, FL 33131

**JEFFREY ORSECK**
1111 E. Broward Boulevard
Fort Lauderdale, FL 33301