UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/



## NOTICE OF VEHICLE INSPECTION

TO:    Counsel of Record

PLEASE TAKE NOTICE that Defendant, Government Employees Insurance Company, by and through undersigned counsel, and pursuant to Fed.R.Civ.Pro. 34, will inspect the Plaintiff's vehicle which is the subject matter of this litigation, as follows:

### DATE AND TIME

Tuesday
August 29, 2000
2:00 p.m.

### LOCATION

Airport Body Shop
3020 S. Federal Highway
Ft. Lauderdale, Florida 33316
(954) 524-4810

The inspection will continue from day to day until completed. The inspection is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact Frank A. Zacherl, Esquire by calling (305) 374-3100 no later than seven days



Burd
Lozano &
Zacherl, L.L.P.    601 BRICKELL KEY DRIVE, SUITE 500, P.O. BOX 019110, MIAMI, FLORIDA 33131 • TELEPHONE 305 374 3100 FAX 305 374 3161

CASE NO. 00-6035-CIV-MOORE

prior to the proceeding. If hearing impaired, telephone (Court TDD Number-305-375-2007)(Florida Relay Service Number-1-800-955-8771) for assistance.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile and by U.S. Mail this 23rd day of August, 2000, to: **SEAN C. DOMNICK, ESQ.**, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, Florida 33402-3626; **JEFFREY ORSECK, ESQ.**, Jeffrey Orseck, P.A., 111 E. Broward Blvd., Orseck Plaza, Ft. Lauderdale, Florida 33301; **SCOTT D. SHEFTALL, ESQ.**, Sheftall & Torres, P.A., 100 S.E. Second Street, Suite 4600, Miami, Florida 33131; and **ELISSA PREHEIM**, Of Counsel for Defendant, Arnold & Porter, 555 Twelfth St., N.W., Washington, DC 20004-1206.

Respectfully submitted,

BURD, LOZANO & ZACHERL, LLP
Counsel for Geico Casualty Company
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Tel:   305-374-3100
Fax:  305-374-3161

By: _____ 078964 for
Frank A. Zacherl
Florida Bar No. 868094

G:\oem parts\hubbard\Lit\n-vehicle.inspection.wpd

2