# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case No. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD, on behalf of
herself and all others similarly situated
     Plaintiff,

vs.

**ORDER GRANTING ADMISSION
PRO HAC VICE**

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
    Defendant.
_____/

FILED by _____ D.C.

AUG 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

THIS CAUSE came before the Court upon the Petition of Anne M. Package, Esq. for

Admission Pro Hac Vice (filed August 25, 2000).

THE COURT has considered the Petitions and the pertinent portions of the record, and

being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the said Petitions be, and the same are, hereby

GRANTED. Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of

Attorneys for the Southern District of Florida and the Petitions, Frank Zacherl, Esq. is designated

as a member of the trial bar of this Court who shall act as local counsel for the receipt of service

of papers and other communications.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of August, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
M. Sean Laane, Esq.
David P. Gersch, Esq.
Elissa J. Preheim, Esq.
Frank Zacherl, Esq.
Sean C. Domnick, Esq.
Jeffrey Orseck, Esq.
Scott D. Sheftall, Esq.