UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6035-CIV-MOORE
Magistrate Judge Sullivan

KIMBERLY JONES HUBBARD, on behalf
of herself and all others
similarly situated,

  Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

  Defendant.

_____

### NOTICE OF PLAINTIFF'S CONSENT TO DEFENDANT'S MOTION FOR ISSUANCE OF LETTER ROGATORY

PLEASE TAKE NOTICE that Defendant has been advised by counsel for Plaintiff that Plaintiff has no objection to Defendant's Motion for Issuance of Letter Rogatory (Aug. 10, 2000).



Respectfully submitted,

Frank A. Zacherl
Florida Bar No. 868094
BURD LOZANO & ZACHERL, LLP
601 Brickell Key Drive
Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Telephone: (305) 374-3100
Fax: (305) 374-3161



Burd
Lozano &
Zacherl, L.L.P. 601 BRICKELL KEY DRIVE SUITE 500 P.O. BOX 01-9110 MIAMI, FLORIDA 33131 • TELEPHONE 305 374 3100 FAX 305 374 3161

Of Counsel:  David P. Gersch
Elissa J. Preheim
ARNOLD & PORTER
555 Twelfth St., N.W.
Washington, D.C. 20004-1202
(202) 942-5000

*Counsel for Defendant Government Employees Insurance Company*

Dated: ~~August~~ Sept. 13, 2000

WE HEREBY CERTIFY that a true and correct copy of each of the foregoing was mailed this 13th day of ~~August~~ Sept., 2000 to the following counsel of record: **SEAN C. DOMNICK, ESQ.**, Counsel for Plaintiff, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, FL 33402-3626; **JEFFREY ORSECK, ESQ.**, Co-Counsel for Plaintiff, Jeffrey Orseck, P.A., 1111 E. Broward Blvd., Orseck Plaza, Fort Lauderdale, FL 33301; and **SCOTT D. SHEFTALL, ESQ.**, Co-Counsel for Plaintiff, Sheftall & Torres, P.A., 100 S.E. Second Street, Suite 4600, Miami, FL 33131.

By: _____
Frank Zacherl

Burd Lozano & Zacherl, L.L.P.   601 BRICKELL KEY DRIVE, SUITE 500  P.O. BOX 019110  MIAMI, FLORIDA 33131 • TELEPHONE 305 374 3100  FAX 305 374 1170

2