UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6035-CIV-MOORE
Magistrate Judge O'Sullivan

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly
situated,
        Plaintiff,
vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

        Defendant.
_____/

## ORDER DIRECTING ISSUANCE OF LETTER ROGATORY

Upon the motion of Defendant,

It is hereby ORDERED, this __19__ day of September, 2000, that a Letter Rogatory in the form attached hereto shall issue forthwith.

/s/ John J. O'Sullivan
John J. O'Sullivan
U.S. Magistrate Judge

United States District Court for the Southern
District of Florida

cc: Counsel of Record