Case 0:00-cv-06035-KMM   Document 42   Entered on FLSD Docket 03/22/2001   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendant.
_____/



### NOTICE OF VACATION

PLEASE TAKE NOTICE that the undersigned counsel for Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY, Frank A. Zacherl, Esq., will be on vacation from April 6, 2001 through April 16, 2001. It is respectfully requested that all parties refrain from scheduling hearings, depositions, mediation or trial during this time frame.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _____ day of March, 2001, to: **SEAN C. DOMNICK, ESQ.**, Counsel for Plaintiff, Searcy Denney Scarola Barnhart & Shipley, P.A., 2139 Palm Beach Lakes Blvd., P.O. Drawer 3626, West Palm Beach, Florida 33402-3626; **JEFFREY ORSECK, ESQ.**, Co-counsel for Plaintiff, Jeffrey Orseck, P.A., 111 E. Broward Blvd., Orseck Plaza, Ft. Lauderdale, Florida 33301; **SCOTT D. SHEFTALL, ESQ.**, BRIAN M. TORRES, ESQ., MARC A. WITES, ESQ., Co-counsel for Plaintiff, Sheftall & Torres, P.A., 100 S.E. Second Street, Suite 4600, Miami, Florida 33131; and **ELISSA PREHEIM**, Of-Counsel for Defendant, Arnold & Porter, 555 Twelfth St., N.W., Washington, DC 20004-1206.

Burd
Lozano &
Zacherl, L.L.P.   601 BRICKELL KEY DRIVE SUITE 500 P.O. BOX 01-9110, MIAMI, FLORIDA 33131 • TELEPHONE 305 374 ...

CASE NO. 00-6035-CIV-MOORE

Respectfully submitted,

Frank A. Zacherl
Florida Bar No. 868094

BURD, LOZANO & ZACHERL, LLP
Counsel for Government Employees Ins. Co.
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Tel:   305-374-3100
Fax:   305-374-3161

G:\oem parts\hubbard\Lit\Notice Vacation.wpd