UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**NIGHT BOX FILED** MAR 26 2001

CLARENCE MADDOX
CLERK USDC / SDFL / MIA

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly situated,

    Plaintiff,

vs.

GEICO CASUALTY COMPANY,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GEICO'S MOTION TO DISMISS CLASS ALLEGATIONS OR FOR ENTRY OF SCHEDULING ORDER AND MEMORANDUM OF LAW

Plaintiff, KIMBERLY JONES HUBBARD, by and through undersigned counsel, hereby respectfully moves for an order extending by five (5) business days the time within which to file her memorandum in opposition to the Defendant GEICO's Motion to Dismiss Class Allegations or for Entry of Scheduling Order and Memorandum of Law. As grounds therefor, Plaintiff would state as follows:

1. This is a class action lawsuit seeking recovery of damages and other relief based on the Defendant's common and illegal practice of refusing to repair the automobiles of its insureds with crash parts that are of "like kind and quality" to the automobiles' factory authorized, original equipment manufacturer's parts ("OEM Parts").

2. On March 12, 2001, Defendant GEICO filed a Motion to Dismiss Class Allegations

1
**SHEFTALL & TORRES, P.A.**



or for Entry of Scheduling Order and Memorandum of Law.

3. Plaintiff's memorandum in opposition to the Defendant's Motion to Dismiss is due to be filed on Monday, March 26th, 2001. Although Plaintiff's counsel had anticipated filing this memorandum by the 26th, the necessity for this extension has arisen due to the undersigned's intensive briefing schedule in several state court matters, including the filing of a jurisdictional brief by March 28, 2001 in the Supreme Court of Florida (*Magnetic Imaging Systems I, Ltd. v. Auto Owners Ins. Co.*, L.T. Case No. 3D00-1581); post-decision memoranda in the Third District Court of Appeal by March 30, 2001 (*Consortium for Diagnostics, Inc. v. CIGNA Ins. Co.*, Case No. 99-02260); an Answer Brief in the Third District Court of Appeal by April 4, 2001 (*Magnetic Imaging Systems I, Ltd. v. Allstate Insurance Co. and Allstate Indemnity Co.*, Case No. 3D00-2588); and an Initial Brief in the Fourth District Court of Appeal by April 4, 2001 (*Sweeney v. Integon General Ins. Co.*, Case No. 4D01-249).

4. Further, Plaintiff's counsel is preparing to file its Renewed Motion to Remand this cause to the Seventeenth Judicial Circuit, which may moot the Defendant's motion if granted. In a companion case, *Aharonoff v. GEICO*, Case No. 99-7724-CIV-Moore (S.D.Fla.), Defendant GEICO recognized that remand was appropriate in light of the Eleventh Circuit's decision in *Morrison v. Allstate Indemnity Company*, 228 F.3d 1255 (11th Cir. 2000).

5. Plaintiff requests an extension of time of five (5) business days, through Monday, April 2, 2001, to enable Plaintiff's counsel to complete its memorandum in opposition to the Defendant's Motion to Dismiss Class Allegations.

6. Plaintiff's counsel contacted opposing counsel, M. Sean Laane, Esq., who stated that he does not object to the requested extension.

2
**SHEFTALL & TORRES, P.A.**

7.      This motion is not made for purposes of delay, and no party would be prejudiced by the granting of this motion.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure provides, in pertinent part, that:

> [w]hen by these rules or by a notice given thereunder or by order of court, an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order . . . .

By its express terms, the Rule affords wide discretion to this Court to enlarge time period established by the rule or a Court Order. *See Woods v. Allied Concord Financial Corp.*, 373 F.2d 733 (5th Cir. 1967); *Yanofsky v. Wernick*, 362 F. Supp. 1005 (S.D.N.Y. 1973). Rule 6 should be applied liberally "to secure the just, speedy and inexpensive determination of every action." Enlargements of time should be available when a party demonstrates a reasonable basis for such request. *See Beaufort Concrete Co. v. Atlantic States Constr. Co.*, 352 F.2d 460 (5th Cir. 1966).

WHEREFORE, the Plaintiff respectfully requests that the deadline for the Plaintiff to serve its memorandum in opposition to the Defendant's Motion to Dismiss Class Allegations be extended by five (5) business days through and including, Monday, April 2, 2001.

Respectfully submitted,

*[signature]*

Brian M. Torres, Esq. (FBN 036498)
Sandra McClure, Esq. (FBN 413800)
SHEFTALL & TORRES, P.A.
Bank of American Tower at Int'l Place
100 Southeast Second Street, Suite 4600
Miami, Florida 33131-1101
Tel: (305) 358-5959

Sean C. Domnick, Esq. (FBN 843679)
Jack Scarola, Esq. (FBN 169440)
Searcy Denney Scarola
 Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
P. O. Drawer 3626
West Palm Beach, FL 33402-3626
Telephone: (561) 686-6300

-and-

Jeffrey Orseck, Esq. (FBN 215953)
Jeffrey Orseck, P.A.
1111 East Broward Boulevard Plaza
Fort Lauderdale, Florida 33301
Telephone (954) 763-3000

*Attorneys for Plaintiff Class*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. mail to counsel on the attached list this 26th day of March, 2001.

*[signature]*

BRIAN M. TORRES, ESQ.

## JONES HUBBARD v. GEICO CAS. CO.

Frank A. Zacherl, Esq.
Burd Lozano & Zacherl, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, Florida 33131
Tel: (305) 374-3100
Fax: (305) 374-3161
**Counsel for GEICO Casualty Co.**

David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Arnold & Porter
555 12th Street, NW
Washington, DC 20004-1202
**Counsel for GEICO Casualty Co.**

Sean C. Domnick, Esq.
Searcy Denney Scarola
 Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Tel: (561) 686-6300
Fax: (561) 478-0754
**Counsel for Plaintiff Class**

Jeffrey Orseck, Esq.
Jeffrey Orseck, P.A.
1111 East Broward Blvd.
Ft. Lauderdale, FL 33301
Tel: (954) 763-3000
**Co-Counsel for Plaintiff Class**