UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-MOORE



KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly situated,

       Plaintiff,

vs.

GEICO CASUALTY COMPANY,

       Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS CLASS ALLEGATIONS**

THIS CAUSE came on before the Court on Plaintiff Kimberly Jones Hubbard's Motion for Extension of Time to File Response to GEICO's Motion to Dismiss Class Allegations or for Entry of Scheduling Order and Memorandum of Law, and the Court having reviewed the pleadings and record in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1.    That the Plaintiff's motion is hereby **GRANTED**.

2.    That the Plaintiff shall file its opposition memorandum on or before Monday, April 2, 2001.

DONE AND ORDERED in chambers at Miami, Florida this ____ day of March, 2001.

_____
HON. K. MICHAEL MOORE
U.S. District Court Judge

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

cc: Frank A. Zacherl, Esq.
David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Sean C. Domnick, Esq.
Jeffrey Orseck, Esq.