UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD, On Behalf
Of Herself And All Others Similarly Situated,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

    Defendant.
_____/



## NOTICE OF UNAVAILABILITY

COMES NOW the Plaintiff, by and through the undersigned counsel, and file this their Notice of Unavailability, and state as follows:

The offices of Searcy Denney Scarola Barnhart & Shipley, P.A. will be closed in observance of the Christmas and New Year's holidays from Monday, December 24, 2001 through Tuesday, January 1, 2002. Notices and other communications sent during that period will not be received until Wednesday, January 2, 2002. Accordingly, we request that every effort be made to delay proceedings in all pending matters until Wednesday, January 2, 2002 and that notices concerning proceedings to occur on or after that date be communicated to us no later than Friday, December 21, 2001.

Your courtesy in complying with this request is greatly appreciated and will enable our staff to enjoy their holidays.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to all counsel on the attached list this 28th day of June, 2001.

S— C. ✱

Sean C. Domnick, Esq.
Florida Bar No.: 843679
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
Post Office Drawer 3626
West Palm Beach, FL 33402-3626
(561) 686-6300
Attorneys for Plaintiff

NON-COMPLIANCE OF S.D. Fla. L.R. S/A

50

**JONES-HUBBARD v. GOVERNMENT EMPLOYEES INSURANCE COMPANY**
**Case No.: 00-6035-CIV-MOORE**

## COUNSEL LIST

Frank A. Zacherl, Esq.
Burd Lozano & Zacherl, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, FL 33131
(305) 374-3100
(305) 374-3161 (Fax)
**Counsel for Defendant**

David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Anne M. Package, Esq.
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004-1202
(202) 942-5000
(202) 942-5999 (Fax)
**Counsel for Defendant**

Jeffrey Orseck, Esq.
Jeffrey Orseck, P.A.
1111 East Broward Blvd., Orseck Plaza
Ft. Lauderdale, FL 33301
(954) 763-3000
(954) 527-4228 (Fax)
**Co-Counsel for Plaintiff**

Scott D. Sheftall, Esq.
Brian M. Torres, Esq.
Sheftall & Torres, P.A.
100 S.E. Second Street, Suite 4600
Miami, FL 33131
(305) 358-5959
(305) 358-5958 (Fax)
**Co-Counsel for Plaintiff**