UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD, On Behalf
Of Herself And All Others Similarly Situated,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

COMES NOW counsel for the plaintiff, Sean C. Domnick, Esq., and hereby files this his

Notice of Unavailability and states that he will be out of state on vacation the following weeks:

    August 6, 2001 through August 10, 2001

    August 20, 2001 through August 24, 2001

    October 17, 2001 through October 19, 2001

It is respectfully requested that all parties refrain from scheduling hearings, depositions,

trial or mediations during the above time periods. Your courtesy in complying with this request is

greatly appreciated.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

U.S. Mail to all counsel on the attached list this 28th day of June, 2001.

                                  Sean C. Domnick, Esq.
                                  Florida Bar No.: 843679
                                  Searcy Denney Scarola Barnhart
                                  & Shipley, P.A.
                                  2139 Palm Beach Lakes Boulevard
                                  Post Office Drawer 3626
                                  West Palm Beach, FL 33402-3626
                                  (561) 686-6300
                                  Attorneys for Plaintiff

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.2

**JONES-HUBBARD v. GOVERNMENT EMPLOYEES INSURANCE COMPANY**
Case No.: 00-6035-CIV-MOORE

### COUNSEL LIST

Frank A. Zacherl, Esq.
Burd Lozano & Zacherl, LLP
601 Brickell Key Drive, Suite 500
P.O. Box 01-9110
Miami, FL 33131
(305) 374-3100
(305) 374-3161 (Fax)
**Counsel for Defendant**

David P. Gersch, Esq.
Bruce M. Chadwick, Esq.
Daniel A. Cantor, Esq.
Elissa J. Preheim, Esq.
Anne M. Package, Esq.
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004-1202
(202) 942-5000
(202) 942-5999 (Fax)
**Counsel for Defendant**

Jeffrey Orseck, Esq.
Jeffrey Orseck, P.A.
1111 East Broward Blvd., Orseck Plaza
Ft. Lauderdale, FL 33301
(954) 763-3000
(954) 527-4228 (Fax)
**Co-Counsel for Plaintiff**

Scott D. Sheftall, Esq.
Brian M. Torres, Esq.
Sheftall & Torres, P.A.
100 S.E. Second Street, Suite 4600
Miami, FL 33131
(305) 358-5959
(305) 358-5958 (Fax)
**Co-Counsel for Plaintiff**