UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6035-CIV-MOORE

KIMBERLY JONES HUBBARD,
on behalf of herself and all others
similarly situated,

     Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

     Defendant.

_____/



FILED by _____ D.C.

JUL  9 2001

CLARENCE MADDOX
CLER.: U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that the law office of Shutts & Bowen

L.L.P. is hereby substituted as co-counsel in place of Burd Lozano & Zacherl, L.L.P. for the

Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY, and that Burd Lozano

& Zacherl, L.L.P., hereby withdraws as co-counsel for said Defendant.

By: _____
    Frank A. Zacherl, Esq.
    Florida Bar No. 868094

    SHUTTS & BOWEN L.L.P
    201 South Biscayne Boulevard
    Suite 1600
    Miami, FL 33131
    Tel:   305-358-6300
    Fax:  306-381-9982

By: _____
    William G. Burd, Esq.
    Florida Bar No. 306800

    BURD LOZANO & ZACHERL, L.L.P.
    601 Brickell Key
    Suite 500
    Miami, FL 33131
    Tel:   305-374-3100
    Fax:  305-374-3161

52
TK

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE came on before me upon the Stipulation for Substitution of Counsel, and

the court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the law office of Shutts & Bowen L.L.P. is hereby

substituted in place of the law offices of Burd Lozano & Zacherl, L.L.P., to represent the

Defendant, GOVERNMENT EMPLOYEES INSURANCE COMPANY, in this lawsuit.

DONE AND ORDERED in Chambers, at Miami, Florida, this 9th day of July _____,

2001.

_____

United States District Court Judge

cc:    Elissa Preheim, Esq.
       Sean Dominick, Esq.
       Jeffrey Orseck, Esq.
       Scott D. Sheftall, Esq.
       Frank A. Zacherl, Esq.
       William G. Burd, Esq.