**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6035-CIV-MOORE/O'SULLIVAN

KIMBERLY JONES HUBBARD, on behalf
of herself and all others similarly situated,

Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

Defendant.
_____/

FILED by ___ D.C.
MAG. SEC.

JUL 17 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

### ORDER

THIS MATTER is before the Court pursuant to the Defendant's Motion for Protective Order (DE# 53, 7/11/01). Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED, that the Defendant's Motion for Protective Order is GRANTED. The parties shall not be required to designate expert witnesses nor exchange summaries of expert testimony until sixty days from the date that the class certification is issued upon by the District Court.

DONE and ORDERED, in chambers, in Miami, Florida, this __17__ day of July, 2001.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Moore

Frank A. Zacherl, Esquire
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
fax no. 305-381-9982

David P. Gersch
M. Sean Laane
555 Twelfth Street, N.W.
Washington D.C. 20004-6300

Sean C. Dominick, Esquire
2139 Palm Beach Lakes Blvd.
P.O. Drawer 3626
West Palm Beach, Florida 33402-3626

Jeffrey Orseck, Esquire
1111 E. Broward Blvd.
Orseck Plaza
Fort Lauderdale, Florida 33301

Scott D. Sheftall, Esquire
100 S.E. Second Street
Suite 4600
Miami, Florida 33131